STATE OF NEW YORK NAT. BANK, Respondent, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the State of New York National Bank against Anna M. Kennedy and another.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and answer within 20 days, upon payment of costs in court below and of this appeal.

KELLOGG, J., dissents.